**Order entered August 15, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01724-CR
No. 05-12-01731-CR
No. 05-12-01732-CR

**JERMAINE COTTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-51603-W, F12-51604-W, F12-70036-W**

## ORDER

The Court **REINSTATES** these appeals.

On June 18, 2013, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On August 13, 2013, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeals, we **VACATE** the June 18, 2013 order to the extent it requires findings.

We **GRANT** the August 13, 2013 extension motion and **ORDER** appellant's brief filed as of the date of this order.

We **DENY** as moot appellant's June 19, 2013 extension motion.

As noted in the June 18, 2013 order, the trial court's certifications of appellant's right to appeal in these cases are incomplete. None of the boxes is checked on the certifications. Accordingly, we **ORDER** the trial court to file, within **FIFTEEN DAYS** of the date of this order, completed certifications of appellant's right to appeal that accurately reflect the trial court proceedings.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Tracy Holmes, Presiding Judge, 363rd Judicial District Court, and to counsel for all parties.

/s/ DAVID EVANS
   JUSTICE